UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAIS FLORES MARTINEZ, *individually and on behalf of others similarly situated,*

Plaintiff,

-against-

BISMILLAH BAWARCHI INC.  (D/B/A
BAWARCHI INDIAN CUISINE), FRESH
FOOD NYC INC.  (D/B/A BAWARCHI
INDIAN CUISINE), AZIZ A KHAN, and
MOHAMMED A. MAHBUB,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/12/2021

20 Civ. 4987 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 1, 2021, the Court ordered the parties to submit their settlement fairness motion by March 26, 2021.  ECF No. 21.  The parties failed to comply with this order.

Accordingly, by **April 16, 2021**, the parties are directed to file their letter motion, along with their settlement agreement, for Court approval.

SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge