USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/28/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAIS FLORES MARTINEZ, *individually and on behalf of others similarly situated*,

            Plaintiff,

-against-

BISMILLAH BAWARCHI INC. (D/B/A BAWARCHI INDIAN CUISINE), FRESH FOOD NYC INC. (D/B/A BAWARCHI INDIAN CUISINE), AZIZ A KHAN, and MOHAMMED A. MAHBUB,

            Defendants.

20 Civ. 4987 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 22, 2021, the Court ordered the parties to submit their settlement fairness motion by May 7, 2021. ECF No. 24. The parties failed to comply with this order. The Court notes that the parties have failed to comply with multiple court orders. *See* ECF Nos. 22, 24. Under Rule 41(b) of the Federal Rules of Civil Procedure, an action may be dismissed "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules] or a court order." Fed. R. Civ. P. 41(b).

Accordingly, by **July 7, 2021**, the parties are directed to file their letter motion, along with their settlement agreement, for Court approval.

SO ORDERED.

Dated: June 28, 2021
      New York, New York

                                  ANALISA TORRES
                              United States District Judge