UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAIS FLORES MARTINEZ, *individually and on behalf of others similarly situated*,

                       Plaintiff,

-against-

BISMILLAH BAWARCHI INC. (D/B/A BAWARCHI INDIAN CUISINE), FRESH FOOD NYC INC. (D/B/A BAWARCHI INDIAN CUISINE), AZIZ A KHAN, and MOHAMMED A. MAHBUB,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2022__

20 Civ. 4987 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On July 7, 2021, following lengthy delays and extensive non-compliance with the Court's deadlines, Plaintiff filed a settlement fairness motion in this matter. ECF No. 26. But, the parties failed to file the settlement agreement itself, giving the Court no basis to assess its fairness. Moreover, Defendants have not appeared in this action, and there is no indication that Defendants have received notice of the fairness motion, or even that they are aware of it. Accordingly, by **April 22, 2022**, Plaintiff is directed to serve a copy of this order upon Defendants. By **June 1, 2022**, Defendants shall enter a notice of appearance in this matter, either as *pro se* litigants or through counsel. By the same date, the parties shall file a revised fairness motion which includes the fully-executed settlement agreement itself.

       SO ORDERED.

Dated: April 11, 2022
          New York, New York

                                                      ANALISA TORRES
                                           United States District Judge