UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISAIS FLORES MARTINEZ, *individually and on
Behalf of others similarly situated*,

                            Plaintiff,

           -against-

BISMILLAH BAWARCHI INC. (D/B/A
BAWARCHI INDIAN CUISINE),
FRESH FOOD NYC INC. (D/B/A
BAWARCHI INDIAN CUISINE), AZIZ
A KHAN, and MOHAMMED A.
MAHBHB.

                          Defendants.
------------------------------------------------------------------X

**SCHEDULING ORDER**

**20-CV-4987 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On May 10, 2022, Plaintiffs' counsel wrote to the Court to request a change in the date of the conference currently scheduled for June 7, 2022. Dkt. No. 39. The request for the change in date is GRANTED. The Court instructs the parties to appear for a conference on **June 15, 2022** at **10:00 AM**. The parties shall appear in person in Courtroom 228, United States Courthouse, 40 Foley Square, New York, NY. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly.

       The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* defendant, and to terminate the motion at Dkt. No. 39.

       SO ORDERED.

DATED:    New York, New York
                May 11, 2022

                                                                      */s/ Jennifer E. Willis*
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge